UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KOUTOURE UNIQUE TEES & MOORE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:13-0039 Judge Campbell/Bryant |
| v. | ) ) | **Jury Demand** |
| RAMANN ENTERPRISES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### **O R D E R**

The initial case management conference was scheduled in this case on March 4, 2013. At this conference, counsel for plaintiff announced that some defendants have been served with process but at least one defendant has not yet been served. Counsel also reported that the parties are engaged in discussions of a possible settlement.

The initial case management conference is RESCHEDULED to **Tuesday, April 2, 2013, at 9:30 a.m.**

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge