IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KOUTOURE UNIQUE TEES & MORE, LLC | ) ) ) |
| v. | ) NO. 3-13-0039 ) JUDGE CAMPBELL |
| RAMANN ENTERPRISES, INC., et al. | ) ) |

ORDER

Pending before the Court are Defendant Ramann Enterprises' Motion to Compel Arbitration and Stay Proceeding (Docket No. 15) and Defendant Susquehanna Commercial Finance, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (Docket No. 18). For the reasons stated in the accompanying Memorandum, Defendant Ramann's Motion to Compel Arbitration and Stay Proceeding is GRANTED, and Defendant Susquehanna's Motion to Transfer Venue is DENIED.

This action is STAYED, and the Clerk is directed to close the file administratively. Plaintiff and Defendant Ramann shall notify the Court in writing, on or before September 3, 2013, as to the status of the arbitration.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE